UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-02699-JLS-PVC                                                                 Date:  June 27, 2025
Title:  Nduka O Ukoha Ajike v. Fair Collections and Outsourcing Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                            Not Present

**PROCEEDINGS:**     **(IN CHAMBERS)    ORDER VACATING SCHEDULING CONFERENCE AND ORDER TO SHOW CAUSE**

The Court has reviewed Defendant's unilateral Rule 26(f) Report.  (Doc. 31.)[1]  On the Court's own motion, the Scheduling Conference set for hearing on July 3, 2025 is VACATED.

Defense counsel represents that Plaintiff failed to participate in the required meet-and-confer process.  (*See* Doc. 31 at 1.)  Therefore, defense counsel filed a unilateral report.  (*Id.*)  By failing to participate in drafting the Joint Report, Plaintiff has failed to obey an Order of this Court.  (*See* Doc. 14, Order Setting Scheduling Conf. at 2-3 (requiring all parties to participate in the preparation of a Joint Rule 26(f) Report).)  Plaintiff is advised that the Court may dismiss the complaint and/or impose monetary sanctions for failure to obey a Court order.

Therefore, the Court hereby ORDERS Plaintiff to show cause in writing no later than July 18, 2025 why the Court should not dismiss this action and/or impose monetary sanctions for failing to participate in the preparation of a Joint Rule 26(f) Report.  Alternatively, Plaintiff may cooperate with defense counsel in the preparation of a Joint Rule 26(f) Report, which must be filed no later than July 18, 2025.

The Court will thereafter issue a scheduling order in this case.

**IT IS SO ORDERED.**

Initials of deputy clerk:  kd

---

[1] It appears defense counsel may have neglected to attach an exhibit to the Report.  (*See id.* at 5 (referring to "the attached exhibit").)