JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NDUKA O UKOHA AJIKE,<br><br>Plaintiff,<br><br>v.<br><br>FAIR COLLECTIONS AND OUTSOURCING INC.,<br><br>Defendant. | Case No. 2:25-cv-02699-JLS-PVC<br><br>**JUDGMENT** |

The Court having granted Defendant's Motion to Dismiss (Doc. 73), and Plaintiff having failed to timely file an amended complaint, it is HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

DATED:  March 04, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE